# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20844-CR-GRAHAM/TORRES

UNITED STATES OF AMERICA

vs.

TOM MAURICE JONES,

        Defendant.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Defendant Tom Maurice Jones's ("Jones")
Motion to Dismiss Indictment ("Motion"). [D.E. 22].  The Court has reviewed the
motion, the government's response in opposition, and Jones's reply.  The Court also
heard argument of the parties on January 27, 2011, at which the parties argued
whether a prima facie case had been established to convene an evidentiary hearing on
the grounds for dismissal raised in the motion.

Upon consideration of the entire record, and given the imminent trial date now
scheduled in the case, we set forth our recommendation, with a further opinion to
follow at a later date, that further elaborates on our recommendation:

First, we recommend that the motion to dismiss be denied on the existing record
to the extent that the motion is based upon selective prosecution based upon racial

animus.  The record does not support a prima facie showing required under *United States v. Smith,* 231 F.3d 800 (11th Cir. 2000).

Second, we recommend that the Court defer final ruling on the motion to dismiss to the extent that it is based upon selective prosecution following the exercise of a constitutional right; namely, the decision to reject a plea offer and proceed to trial by jury in the state action that was then followed by this action.  There may be evidence in this record that would at least require an evidentiary hearing on this issue, given the prejudice to the Defendant in this record from the delay in filing of this action and the prima facie evidence that shows that the decision to pursue the federal action was not made until the Defendant had thoroughly exercised his right to proceed to a jury trial in the state action.  The possibility that such a hearing may be required requires deferral of the motion for that purpose.

Third, we find that the pending record satisfies the requirement of good cause under Fed. R. Civ. P. 12(d) for the Court to proceed with the trial of this action while this matter remains pending.  *See United States v. Johnson,* 685 F.2d 934 (5th Cir. 1982).

**DONE AND SUBMITTED** in Chambers at Miami, Florida this 28th day of January, 2011.

EDWIN G. TORRES
United States Magistrate Judge