UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 10-20844-CR-GRAHAM/TORRES

UNITED STATES OF AMERICA

v.

TOM MAURICE JONES,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Defendant Tom Maurice Jones's Motion to Dismiss Indictment [D.E. 22].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Edwin G. Torres [D.E. 23]. The Magistrate Judge issued a Report [D.E. 47] recommending that the Motion to Dismiss be denied on the existing record to the extent that the motion is based upon selective prosecution based upon racial animus and that the Court defer ruling on the motion to dismiss based upon selective prosecution following the exercise of a constitutional right; namely, the decision to reject a plea offer and proceed to trial by jury in the state action that was then followed by this action.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and

Recommendation [D.E. 47] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Criminal Procedure 12(d), the Court defers ruling upon the Motion to Dismiss until after completion of the trial.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of January, 2011.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
    Counsel of Record