UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 10-20844-CR-GRAHAM/TORRES

UNITED STATES OF AMERICA

v.

TOM MAURICE JONES,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Defendant Tom Maurice Jones's Motion to Dismiss Indictment [D.E. 22].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Edwin G. Torres [D.E. 23]. The Magistrate Judge issued a Report [D.E. 47] recommending that the Motion to Dismiss be denied on the existing record to the extent that the motion was based upon selective prosecution, based upon racial animus and that the Court defer ruling on the motion to dismiss based upon selective prosecution grounds following the exercise of a constitutional right; namely, the decision to reject a plea offer and proceed to trial by jury in the state action that was then followed by this action. The Court adopted the report and deferred ruling on the selective prosecution claim following the exercise of a constitutional right.

On April 12, 2011, after an evidentiary hearing, the Magistrate Judge issued a Report [D.E. 80] recommending that the

Motion to Dismiss be denied with respect with the selective prosecution claim following the exercise of a constitutional right. Defendant has not filed timely objections to the report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 80] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Defendant Tom Maurice Jones's Motion to Dismiss Indictment [D.E. 22] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of April, 2011.

                                                                              _____
                                                                              DONALD L. GRAHAM
                                                                              UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Edwin G. Torres
       Counsel of Record